DANIEL J. BRODERICK, Bar #89424
Federal Defender
Matthew C. Bockmon, Bar # 161566
Assistant Federal Defender
801 I Street, 3rd. Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ALBERTO ALVARADO-PONCE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR-S-11-392 LKK |
| Plaintiff, | **STIPULATION AND] ORDER TO CONTINUE STATUS HEARING AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT** |
| v. | |
| ALBERTO ALVARADO-PONCE, | Date: February 22, 2012<br>Time: 9:15 a.m.<br>Judge: Lawrence K. Karlton |
| Defendant. | |

It is hereby stipulated and agreed to between the United States of America through MICHELE BECKWITH, Assistant U.S. Attorney, and defendant, ALBERTO ALVARADO-PONCE, by and through his counsel, MATTHEW C. BOCKMON, Assistant Federal Defender, that the status conference set for Tuesday, February 14, 2012, be vacated and a new status conference / possible change of plea hearing date of Wednesday, February 22, 2012, at 9:15 a.m., be set.

The reason for this continuance is because defense counsel has just received a plea agreement from the government, and needs additional time to visit the client at the Sacramento County Jail, with the in-house interpreter, to review the plea agreement with him.

It is further stipulated that the time period from the date of this stipulation, February 10, 2012, through and including the date of the new status conference / possible change of plea hearing, February 22, 2012, shall be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4, due to the need to

///

provide defense counsel with the reasonable time to prepare, and that the ends of justice to be served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

DATED: February 10, 2012

Respectfully submitted,

| | |
|---|---|
| BENJAMIN B. WAGNER | DANIEL J. BRODERICK |
| United States Attorney | Federal Defender |

By:

| | |
|---|---|
| */s/ Matthew C. Bockmon for* | */s/ Matthew C. Bockmon* |
| MICHELE BECKWITH | MATTHEW C. BOCKMON |
| Assistant U.S. Attorney | Assistant Federal Defender |
| Attorney for United States | Attorney for Defendant |
| | ALBERTO ALVARADO-PONCE |

**O R D E R**

Based on the reasons set forth in the stipulation of the parties filed on February 13, 2012, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety. IT IS HEREBY ORDERED that the status conference currently scheduled for Tuesday, February 14, 2012, be vacated and that the case be set for status conference / possible change of plea hearing on **Wednesday, February 22, 2012, at 9:15 a.m.** The Court finds that the ends of justice served by granting such a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' February 13, 2012, stipulation, the time within which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time period from the date of this stipulation, February 10, 2012, through and including February 22, 2012, pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) [reasonable time to prepare] and Local Code T4.

DATED: February 13, 2012

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT